UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>   v.<br><br>JOSE MANUEL FRIAS LOPEZ et al.,<br><br>                    Defendants. | CASE NO. 2:24-cr-00016-LK<br><br>ORDER CONTINUING TRIAL |

This matter comes before the Court on the parties' Stipulated Motion to Continue Trial. Dkt. No. 146. Defendant Robinsson Mahecha Sanchez and the United States move to continue trial from February 9, 2026, until July 27, 2026. *Id.* at 1. The continuance would bring Mr. Mahecha Sanchez's pretrial motion deadline and trial date into alignment with those of codefendants Luis Alfonso Clavijo and Jose Manuel Frias Lopez. *See* Dkt. No. 131 (granting continuance of all codefendants' trial date to July 27, 2026).[1] Mr. Frias Lopez, Mr. Alfonso

---

[1] This Court accepted Diego Armando Garcia Cardenas's plea of guilty on January 6, 2026. *See* Dkt. No. 147.

Clavijo, and Mr. Mahecha Sanchez have all filed waivers of their speedy trial rights through at least August 27, 2026. Dkt. No. 126 at 1; Dkt. No. 129 at 1; Dkt. No. 148 at 1.

On January 24, 2024, a federal grand jury indicted Mr. Frias Lopez, Mr. Alfonso Clavijo, Mr. Mahecha Sanchez, and numerous other codefendants on multiple counts associated with the alleged importation and distribution of cocaine. Dkt. No. 1. A Superseding Indictment adding other defendants was issued on May 15, 2024. Dkt. No. 23. The Superseding Indictment charged Mr. Mahecha Sanchez with one count of Conspiracy to Import Cocaine, one count of Distribution of Cocaine for Purpose of Importation, and one count of Attempted Importation of Cocaine. *Id.*; *see also* 21 U.S.C. §§ 952, 959(a), 960(a)(1), (3), 960(b)(1)(B), (2)(B), 963; 18 U.S.C. §§ 2, 1956(a)(2)(A), (3)(A)–(B), (h). Mr. Frias Lopez is charged with one count of Conspiracy to Import Cocaine, two counts of Distribution of Cocaine for Purpose of Importation, two counts of Attempted Importation of Cocaine, one count of Conspiracy to Commit Money Laundering, and one count of Money Laundering. Dkt. No. 23 at 1–3, 8–11; *see also* 21 U.S.C. §§ 952, 959(a), 960(a)(1), (3), 960(b)(1)(B), (2)(B), 963; 18 U.S.C. §§ 2, 1956(a)(2)(A), (3)(A)–(B), (h). Mr. Alfonso Clavijo was charged with one count of Conspiracy to Import Cocaine. Dkt. No. 23 at 1–2; *see also* 21 U.S.C. §§ 952(a), 960(a)(1), 960(b)(1)(B), 963.

Of the ten total defendants in this matter, only five—Mr. Frias Lopez, Mr. Alfonso Clavijo, Mr. Garcia Cardenas, Mr. Mahecha Sanchez, and Mr. Villafane Osorio—have yet appeared. Dkt. Nos. 50, 83, 112, 140. Mr. Garcia Cardenas was arraigned on the charges contained in the Superseding Indictment on May 2, 2025, and was ordered detained on May 6, 2025. Dkt. Nos. 83, 89. Mr. Frias Lopez and Mr. Alfonso Clavijo were arrested, arraigned, and ordered detained on August 29, 2025. Dkt. No. 112. On May 16, 2025, Mr. Villafane Osorio pleaded guilty to Conspiracy to Import Cocaine (a lesser-included offense of that charged in Count 1) and Conspiracy to Commit Money Laundering (as charged in Count 4) and was sentenced before this

Court on August 13, 2025. Dkt. Nos. 93, 95, 108–09. Mr. Mahecha Sanchez was arraigned on the charges contained in the Superseding Indictment on December 16, 2025 and was ordered detained. Dkt. No. 140, 141. Of the remaining five defendants who have not yet appeared in this matter, three defendants remain pending extradition in Colombia and two defendants remain at large outside of the United States. Dkt. No. 146 at 3.

The case against Defendants involves an alleged international conspiracy to import cocaine from Colombia to the United States, and the counts against them carry very serious potential penalties. *See id.* at 4 (noting that Mr. Mahecha Sanchez faces a mandatory minimum prison term if convicted). The parties note that "[d]iscovery is largely ready for production to Mr. Mahecha Sanchez, but given its scope, defense will need substantial time to review and analyze the evidence prior to the filing of pretrial motions and preparing for trial." *Id.* at 5–6. This evidence includes "hundreds of law enforcement reports, a large amount of surveillance photographs, many hours of surveillance videos, wire intercepts (conducted under U.S. and Colombian law), and scores of photographs and physical evidence obtained during the execution of takedown searches that occurred not only in the United States, but also in Colombia." *Id.* at 5.

Given the above, the parties agree that a continuance is necessary to allow defense counsel to review discovery, adequately explore potential pretrial motions, and prepare for trial. Dkt. No. 146 at 6. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and Mr. Mahecha Sanchez in any speedier trial. Specifically, the Court finds that failure to grant the requested continuance would likely result in a miscarriage of justice by denying counsel for Mr. Mahecha Sanchez the reasonable time necessary for effective preparation for trial, taking into account the exercise of due diligence and the complexity of the case, including the number of defendants and the nature of the prosecution. *See* 18 U.S.C. § 3161(h)(7)(B)(i)–(ii), (iv). The Court finds that the additional

1  time requested is a reasonable period of delay and will be necessary to provide Mr. Mahecha

2  Sanchez reasonable time to accomplish the above tasks. 18 U.S.C. § 3161(h)(6).

3      For these reasons, the Court GRANTS the parties' stipulated motion, Dkt. No. 146, and

4  ORDERS that the trial date for Mr. Mahecha Sanchez shall be continued from February 9, 2026

5  to July 27, 2026, and that the pretrial motions deadline shall be continued to May 18, 2026. It is

6  further ORDERED that, pursuant to 18 U.S.C. § 3161(h)(6) and (h)(7)(A) and (B), the period of

7  delay from the date of this Order to the new trial date is EXCLUDED when computing the time

8  within which trial must commence for Mr. Mahecha Sanchez under the Speedy Trial Act.

9      Dated this 12th day of January, 2026.

*Lauren King*
Lauren King
United States District Judge

ORDER CONTINUING TRIAL - 4